**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6038**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

RITO ANTONIO CUBIDES,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CR-95-267-AW, CA-98-1774-AW, CA-98-2836-AW)

───────────

Submitted:  March 23, 2000          Decided:  April 11, 2000

───────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Rito Antonio Cubides, Appellant Pro Se. Deborah A. Johnston, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rito Antonio Cubides seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We dismiss the appeal for lack of jurisdiction because Cubides' notice of appeal was not timely filed.

Parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(b)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

Cubides' notice of appeal was filed more than sixty days after the district court entered its order. Because Cubides failed to file a timely notice of appeal or to obtain an extension or re-opening of the appeal period, we deny a certificate of appeal-ability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED